UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| KHALILAH SULUKI, | : | 21-Cv-1156 (SHS) |
| Plaintiff, | : | **ORDER** |
| -v- | : | |
| CREDIT ONE BANK, N.A., CAPITAL ONE BANK, N.A., COMENITY CAPITAL BANK, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the extension to September 17, 2021, to complete discovery [Doc. No. 37],

IT IS HEREBY ORDERED that the status teleconference scheduled for August 16, 2021, at 10:00 a.m. is adjourned to September 17, 2021, at 9:30 a.m.

Dated: New York, New York
August 13, 2021

SO ORDERED:

_____
SIDNEY H. STEIN, U.S.D.J.