UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KHALILAH SULUKI,

                Plaintiff,

v.

CREDIT ONE BANK, NA,

                Defendant.

21-cv-1156 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today with counsel for all parties participating, it is HEREBY ORDERED that, on or before January 10, 2022, the parties shall select a methodology by which to mediate and notify the Court in writing as to the date of their first mediation session. If a stipulation of dismissal has not been received by February 22, 2022, the next pretrial conference shall take place on that date at 3:30pm to set a schedule for cross-motions for summary judgment.

Dated:  New York, New York
           December 17, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.