UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KHALILAH SULUKI,                                :       21-Cv-1156 (SHS)

               Plaintiff,             :       ORDER
-v-
                                             :
CREDIT ONE BANK, N.A., CAPITAL ONE
BANK, N.A., COMENITY CAPITAL BANK,              :

               Defendants.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A status conference having been held today by video, with counsel for all parties participating,

     IT IS HEREBY ORDERED that:

     1.     The last day for cross motions for summary judgment is March 31, 2022;

     2.     Responses to any motions are due by April 21, 2022; and

     3.     The replies to any motions are due on or before April 28, 2022.

Dated: New York, New York
       February 22, 2022

                                      SO ORDERED:

                                      SIDNEY H. STEIN, U.S.D.J.