**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KHALILAH SULUKI,

                Plaintiff,

   -against-                                      21 **CIVIL** 1156 (SHS)

                                                             **JUDGMENT**

CREDIT ONE BANK, NA,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, defendant's motion for summary judgment is granted and plaintiff's motion is denied. Because plaintiff has not demonstrated a genuine dispute of material fact as to her entitlement to any remedy under the FCRA, this action is dismissed in its entirety.

**Dated:**  New York, New York

      March 31, 2023

                                                             **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                        **BY:**         *K. Mango*

                                                                    **Deputy Clerk**